UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

RICHARD W. LAMP
(XXX-XX-6451)

    Plaintiff

vs.                                Civil Action No. 3:07-CV-130

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

    Defendant

### ORDER

The Plaintiff in the above-styled Disability Insurance Benefits and Supplemental Security Income review action seeks leave to proceed in forma pauperis under the provisions of 28 U.S.C. § 1915.

Upon examination of Plaintiff's financial affidavit and in reliance upon the representations made therein, it is hereby ORDERED that the plaintiff be permitted to prosecute said action to its conclusion without prepayment of costs or giving security therefore and without prepayment of U.S. Marshal fees, and, pursuant to Fed.R.Civ.P. 4(c)(2), the United States Marshal is directed to effect service of process.

It is further ORDERED, ADJUDGED, and DECREED that any recovery in the action will be subject to payment of costs and fees, including service of process fees and a filing fee in the amount of $350.00. The Clerk is directed to transmit copies of this Order to Counsel of Record herein.

Entered: September 28, 2007

Judge, United States District Court